AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| JOANN BACELLI | ) | |
| v. | ) | Case No.: 8:09-cv-01396-JDW-EAJ |
| MFP, INC., and | ) | |
| ST. JOSEPH'S HOSPITAL, INC., | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __08/16/2010__ against __Plaintiff, Joann Bacelli__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ 350.00 |
| Fees for service of summons and subpoena ....................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 370.80 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses *(itemize on page two)* ................................................. | $0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case........................................................ | 61.25 |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................................ | |
| TOTAL | $ 782.05 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _[signature]_

Name of Attorney: Ernest H. Kohlmyer

For: __MFP, Inc. d/b/a Financial Credit Services__     Date: __08/23/2010__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*                 *Deputy Clerk*                  *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

23996

**BELL, ROPER & KOHLMYER, PA**
407-897-5150
2707 E. JEFFERSON STREET
ORLANDO, FL 32803

SeacOast National Bank
ORLANDO, FL
63-1481-631

07/21/2009

PAY TO THE ORDER OF: Clerk, U.S. District Court

$ 350.00

THREE HUNDRED FIFTY AND XX / 100 DOLLARS

Clerk, U.S. District Court
, FL

MEMO

AUTHORIZED SIGNATURE

⑈023996⑈ ⑆063114810⑆ ⑈6805246⑈

---

**BELL, ROPER & KOHLMYER, PA**

To: Clerk, U.S. District Court

23996

Check Number: **00023996**
Date: 07/21/2009
Check Total: $350.00

| Invoice No. | Description | Client/Matter | Amount |
|---|---|---|---|
| | removal fee | 13 / 013-487 Bacelli, Joann v. MFP, Inc. and | 350.00 |

---

**BELL, ROPER & KOHLMYER, PA**

To: Clerk, U.S. District Court

23996

Check Number: **00023996**
Date: 07/21/2009
Check Total: $350.00

| Invoice No. | Description | Client/Matter | Amount |
|---|---|---|---|
| | removal fee | 13 / 013-487 Bacelli, Joann v. MFP, Inc. ; | 350.00 |

PRODUCT DLT104  USE WITH 91663 ENVELOPE  MCBEE  To Reorder: 1-800-662-2331 or www.mcbeeinc.com  PRINTED IN U.S.A.

# AccuScript
Court Reporting & Legal Video
224 S. Boulevard, Tampa, FL 33606
813-258-5572*fax 813-258-8518

# Invoice

Number: **6619**

Date:   May 20, 2010

**Bill To:**

Ernest H. Skip Kohlmyer, III., Esq.
South Milhausen
Gateway Center
1000 Legion Place, Suite 1200
Orlando, FL 32801

**Case No.:**

8:09-ev-1396- JDW-EAJ
JOANN BACELLI
VS.
MFP, INC., and ST. JOSEPH'S HOSPITAL,

| Description | Amount |
|---|---:|
| Deposition of HEPSIBETH NASSO on 5/14/10 | |
| Copy of transcript (74 pgs.) | 203.50 |
| Copy of exhibits attached (18 pgs.) | 6.30 |
| **Total** | **$209.80** |

To avoid a 1.5% monthly late payment charge,
please remit payment within 30 days.

e-mail: DEPOS1@AOL.com

Please make checks payable to:
    Susan Ann Williams d/b/a
    AccuScript Reporting Agency
    FEIN# 52-2419052

*We accept VISA, MasterCard and American Express*

MILLER, SOUTH & MILHAUSEN, P.A.        No. 010287

                                                          **Check # 10287**

& Legal Video                           **Request # 12167**

96-26 Deposition Transcript (Eppie Nasso)    **Conflict: N  By TT**

ame                                                **Amount**

celli v. MFP, inc. & St. Joseph Ho:                  $209.80



**AccuScript**
Court Reporting & Legal Video
224 S. Boulevard, Tampa, FL 33606
813-258-5572*fax 813-258-8518

# Invoice

Number: **6630**

Date:   June 01, 2010

**Bill To:**
Ernest H. Skip Kohlmyer, III., Esq.
South Milhausen
Gateway Center
1000 Legion Place, Suite 1200
Orlando, FL 32801

**Case No.:**
8:09-ev-1396- JDW-EAJ
JOANN BACELLI
VS.
MFP, INC., and ST. JOSEPH'S
HOSPITAL,

| Description | Amount |
|---|---|
| Deposition of DAWN COX on 5/20/10 | |
| Copy of transcript (56 pgs.) | 154.00 |
| Copy of exhibit attached (4 pgs.) | 1.40 |
| Postage/Handing | 5.60 |
| **Total** | **$161.00** |

To avoid a 1.5% monthly late payment charge,
please remit payment within 30 days.

e-mail: DEPOS1@AOL.com

Please make checks payable to:
  Susan Ann Williams d/b/a
  AccuScript Reporting Agency
  FEIN# 52-2419052

We accept VISA, MasterCard and American Express

RECEIVED

| | | |
|---|---|---|
| 6/9/2010 | *MILLER, SOUTH & MILHAUSEN, P.A.* | No. 010368 |
| | | Check # 10368 |
| Payee: AccuScript Court Reporting & Legal Video | | Request # 12303 |
| Amount: $161.00    For: 4696-26 Inv. 6630 (D. Cox Deposition) | | Conflict: N   By TT |
| Matter ID | Matter Name | Amount |
| 4696-26 | Joann Bacelli v. MFP, Inc. & St. Joseph Ho: | $161.00 |



# Bell & Roper, P.A.

**client profiles**

## Transaction Detail Report Billed, Unbilled or Both

8/18/2010
1

For Client: **50 Travelers**
For Matters From **050-051** to **050-051**
For Transaction Dates From **1/1/1950** Through **12/31/2025**
For Management Periods From **1950.001** Through **2025.012**
For **Billed** Transactions
For **Expense** Transactions

### *** Billed Transactions ***

| Employee | Date | InvoiceNo | Type | Rate | Hours | Amount | TransNo |
|---|---|---|---|---|---|---|---|
| FIRM   FF<br>Long Distance Call: 1(813)251-2626 | 7/2/2009 | 25201 | E | 0.04 | 0.00 | 0.64 | 868,008 |
| FIRM   FF<br>Long Distance Call: 1(727)560-4035 | 7/6/2009 | 25201 | E | 0.04 | 0.00 | 0.08 | 868,013 |
| FIRM   FF<br>removal fee | 7/21/2009 | 25201 | E | 350.00 | 0.00 | (350.00) | 867,172 |
| 02   LJ<br>Postage | 7/22/2009 | 25201 | E | 1.56 | 0.00 | 1.56 | 868,147 |
| 02   LJ<br>FedEx | 7/22/2009 | 25201 | E | 11.09 | 0.00 | 11.09 | 878,534 |
| 02   LJ<br>FedEx | 7/22/2009 | 25201 | E | 11.09 | 0.00 | 11.09 | 878,535 |
| FIRM   FF<br>Photocopies | 8/4/2009 | 25850 | E | 0.25 | 0.00 | (29.00) | 878,901 |
| FIRM   FF<br>Photocopies | 8/31/2009 | 25850 | E | 0.25 | 0.00 | (1.50) | 883,818 |
| FIRM   FF<br>Long Distance Call: 1(727)560-4035 | 9/1/2009 | 25963 | E | 0.04 | 0.00 | 1.28 | 891,604 |
| FIRM   FF<br>Long Distance Call: 1(727)560-4035 | 9/9/2009 | 25963 | E | 0.04 | 0.00 | 0.08 | 891,657 |
| FIRM   FF<br>Long Distance Call: 1(727)560-4035 | 9/15/2009 | 25963 | E | 0.04 | 0.00 | 1.16 | 891,698 |
| FIRM   FF<br>Photocopies | 9/17/2009 | 25963 | E | 0.25 | 0.00 | (6.25) | 891,283 |
| FIRM   FF<br>Photocopies | 9/17/2009 | 25963 | E | 0.25 | 0.00 | (21.00) | 891,286 |
| FIRM   FF<br>Long Distance Call: 1(727)446-0018 | 9/17/2009 | 25963 | E | 0.04 | 0.00 | 0.64 | 891,721 |
| 02   LJ<br>Postage | 9/17/2009 | 25963 | E | 4.14 | 0.00 | 4.14 | 896,759 |
| FIRM   FF<br>Long Distance Call: 1(727)446-0018 | 9/28/2009 | 25963 | E | 0.04 | 0.00 | 0.08 | 893,369 |
| FIRM   FF<br>Long Distance Call: 1(813)223-7333 | 9/28/2009 | 25963 | E | 0.04 | 0.00 | 0.16 | 893,371 |
| FIRM   FF<br>Long Distance Call: 1(813)209-5074 | 9/28/2009 | 25963 | E | 0.04 | 0.00 | 0.32 | 893,374 |
| FIRM   FF<br>Long Distance Call: 1(727)560-4035 | 9/28/2009 | 25963 | E | 0.04 | 0.00 | 0.08 | 893,377 |

Transaction Detail Report Billed, Unbilled or Both                                    8/18/2010
For Client: **50 Travelers**                                                                 2
For Matters From **050-051** to **050-051**
For Transaction Dates From **1/1/1950** Through **12/31/2025**
For Management Periods From **1950.001** Through **2025.012**
For **Billed** Transactions
For **Expense** Transactions

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FIRM   FF   9/28/2009<br>Long Distance Call: 1(813)223-7333 | | | 25963 | E | 0.04 | 0.00 | 0.08 | 893,381 |
| FIRM   FF   9/30/2009<br>Photocopies | | | 25963 | E | 0.25 | 0.00 | 3.50 | 893,597 |
| 02   LJ   9/30/2009<br>Postage | | | 25963 | E | 1.56 | 0.00 | 1.56 | 896,870 |
| 02   LJ   10/30/2009<br>Westlaw October | | | 26586 | E | 208.00 | 0.00 | 208.00 | 910,373 |

Total *** Billed Transactions ***                                         0.00        653.29

                        **Grand Total for Report**                        0.00        653.29

| 8/23/2010 9:17 am | | ** COSTS BY CODE **<br>4696-26 - Joann Bacelli v. MFP, Inc. & St. Joseph Hosp. FO912472<br>thru 08/23/2010 | 1 |
|---|---|---|---|

| Date | Description | Amount |
|---|---|---|
| **18L** | | |
| 03/05/2010 | Check # 9929  Peter J. Grilli, P.A.; Disbursement for 4696-26 Mediation Services | $420.00 |
| | SubTotal 18L | $420.00 |
| **22L** | | |
| 05/24/2010 | Check # 10287  AccuScript Court Reporting & Legal Video; Disbursement for 4696-26 Deposition Transcript (Eppie Nasso) | 209.80 |
| | SubTotal 22L | $209.80 |
| **23L** | | |
| 06/09/2010 | Check # 10368  AccuScript Court Reporting & Legal Video; Disbursement for 4696-26 Inv. 6630 (D. Cox Deposition) | 161.00 |
| | SubTotal 23L | $161.00 |
| **29L** | | |
| 05/28/2010 | Check # 10322  Ernest H. Kohlmyer, III; Disbursement for 4696-26 Exp Reimb | 167.68 |
| | SubTotal 29L | $167.68 |
| **7L** | | |
| 02/22/2010 | Travel Litigation | 85.00 |
| 04/02/2010 | Mileage 3/30/10:  Pre-Deposition Conference with Eppie Nasso and Deb Kelly. | 103.00 |
| 05/06/2010 | Mileage to attend hearing on Plaintiff's Second Motion for Enlargement of Time. | 86.00 |
| 05/14/2010 | Travel to attend depositions of Corporate Representative for MFP, Inc. (Mileage 174 miles). | 87.00 |
| 05/20/2010 | Attend Depositions of Corporate Representative for Drew Medical (Mileage 172). | 86.00 |
| 06/11/2010 | Attend Pretrial Conference (Mileage 174). | 87.00 |
| 07/27/2010 | Mileage total 207:  Attendance at MFP's witness preparation for Trial. | 103.50 |
| 07/29/2010 | Mileage Total 98:  Attendance at St. Joseph's witness preparation for trial. | 49.00 |
| | SubTotal 7L | $686.50 |

**Totals for Case: 4696-26**

Joann Bacelli v. MFP, Inc. & St. Joseph Hosp. FO912472

| | |
|---|---|
| Disbursements: | 1,644.98 |
| Credits: | 0.00 |
| Net Balance: | $1,644.98 |